371 A.2d 507
Commonwealth v. Fabelo, Appellant.

Argued September 21, 1976. James B. Martin, Assistant Public Defender, with him William H. Platt, Public Defender, for appellant; Joseph V. Huber, Assistant District Attorney, with him George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 507
Commonwealth v. Hagans, Appellant.

Argued September 17, 1976. Colie B. Chappelle, with him Chappelle, Gibbs & Leon, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.